No. 98–5139. CROCKETT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–5146. WHITE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 98–5209. DILLINGHAM v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–5212. EARHART v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 98–5316. GALLAMORE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Ct. Crim. App. Tex. Certiorari denied.

No. 98–5439. ABBINGTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 98–5475. ROGERS v. LOUISIANA. Ct. App. La., 2d Cir. Certiorari denied. 

No. 98–5479. SANDERS v. BROWNER, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 98–5480. SIEGRIST v. IWUAGWA. Ct. App. Ga. Certiorari denied. 

No. 98–5484. PICKETT v. WAL-MART STORES, INC., ET AL. C. A. 4th Cir. Certiorari denied. 

No. 98–5485. FABIAN v. METROPOLITAN DADE COUNTY ET AL. C. A. 11th Cir. Certiorari denied. 

No. 98–5486. DIAZ v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 98–5487. DUVALL v. REYNOLDS, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 98–5503. LEE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.